

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00175-CV

MANOWAR AZIZ AND AB TRANSPORT AND TRUCKING, Appellants

V.

ABDUL WARIS, INDIVIDUALLY, AND ON BEHALF OF PROGRESSIVE
TRUCKING, INC., AS SHAREHOLDER, Appellee

Appeal from the 133rd Judicial District Court of Harris County (Tr. Ct. No. 2013-09984).

This case is an appeal from the final judgment signed by the trial court on December 19, 2014. After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellee. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 27, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.